IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************

| | |
|---|---|
| IN RE: | : CASE NO. 5-09-07379 |
| RYAN D. OLECKI | : |
| AKA RYAN DAVID OLECKI, | : |
| AKA RYAN OLECKI, | : |
| AKA RYAN OECKY, | : |
| DBA RYAN OLECKI REMODELING, | : |
| DBA OLECKI ROOFING AND SIDING | : |
| Debtors. | : CHAPTER 7 |

*************************************************************

| | |
|---|---|
| RYAN D. OLECKI | : |
| DBA RYAN OLECKI REMODELING | : |
| Plaintiffs | : |
| | : |
| vs. | : |
| BRENNAN & CLARK LTD. | : ADVERSARY NO. _____ |
| Defendant | : |

*************************************************************

## COMPLAINT TO RECOVER DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY

*************************************************************

**AND NOW COMES** the Plaintiff/Debtor, Ryan D. Olecki, by and through his attorney, Tullio DeLuca, Esquire, and makes this Complaint to Recover Damages for Violation of the Automatic Stay and, in support thereof, avers as follows:

1. Debtor filed Their Chapter 7 voluntary petition on September 22, 2009.

2. On or about January 25, 2010, Defendant, Brennan & Clark Ltd. was served by First Class Mail with Plaintiff's Amended Schedule F listing it as a creditor in Plaintiff's Chapter 7 Bankruptcy. . A copy of the Amended Schedule F and Certificate of service is attached hereto and made a part hereof, and marked as Exhibit "A".

3. Subsequent to being notified of the filing of the Chapter 7 bankruptcy, on February 11, 2010, an invoice was forwarded by Defendant requesting payment for pre- petition debt. Said invoice is attached hereto, and marked as Exhibit "B."

4. Based on the foregoing facts and the Exhibits attached hereto and made a part hereof, Brennan & Clark Ltd.'s conduct is in violation of the automatic stay, 11 U.S.C. Section

362.

WHEREFORE, Debtor, Ryan D. Olecki, requests the following relief:

1. An order adjudging Brennan & Clark Ltd. in civil contempt for violation of the automatic stay provisions of Section 362 of the Bankruptcy Code.

2. An order awarding Debtors damages, including punitive damages Brennan & Clark Ltd.'s continued and repeated violations of the automatic stay, along with costs and attorney's fees incurred as a result of the violations of the automatic stay by Brennan & Clark Ltd..

3. Such other and further relief as the court may deem appropriate.

Respectfully submitted,

_Tullio De Luca_
Tullio DeLuca, Esquire
Attorney I.D. 59887
Attorney for Debtor
381 North 9th Street,
Scranton, Pennsylvania 18504
570-347-7764

Dated this 8th day of March 2010.

B6F (Official Form 6F) (12/07)

In re  Ryan D. Olecki
        Debtor

Case No. _____ (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0345<br><br>Erie Insurance Group<br>Collection Unit<br>100 Erie Insurance Place<br>Erie, Pa 16530-0001<br><br>Brennan & Clark Ltd.,<br>721 E. Madison<br>Suite 200<br>Villa Park, IL 60181 | | | 01/01/2009<br><br>Insurance | | | | 151.00 |
| ACCOUNT NO. 1325<br><br>MT Emergency Associates<br>P.O. Box 1369<br>Scranton, PA 18501<br><br>Remit Corp.<br>36 West Main Street<br>P.O. Box 7<br>Bloomsburg, PA 17815<br><br>Flexible Financial Corp<br>P.O. Box 189<br>Peckville, PA 18452 | | | 07/01/2003<br><br>Medical services | | | | 325.00 |

2  Continuation sheets attached

Subtotal $ 476.00

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

"Exhibit A"

B6F (Official Form 6F) (12/07) - Cont.

In re  Ryan D. Olecki
        Debtor

Case No. _____
        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 325.1 <br><br> Radiological Consultants <br> 751 Keystone Indust. Park <br> Dunmore, PA 18512 <br><br> Radiological Consultants Inc <br> P.O. Box 60 <br> Pittsburgh, PA 15230 <br><br> Rickart Collection Systems, <br> 575 Milltown Rd., <br> P.O. Box 7242 <br> North Brunswick, NJ 08902 | | | 09/16/2008 <br><br> Medical services | | | | 210.00 |
| ACCOUNT NO. 2819 <br><br> Sprint/Nextel <br> Attn: Bankruptcy <br> P.O. Box 172408 <br> Denver, CO 80217 <br><br> Pentagroup Financial <br> 5959 Corporate Dr. <br> Ste. 14 <br> Houston, TX 77036 <br><br> IC Systems, Inc., <br> 444 Hghwy, 96 East <br> Box 64887 <br> St. Paul, MN 55164 <br><br> Enhanced Recovery Corp. <br> P.O. Box 1967 <br> Southgate, MI 48195 | | | 12/01/2007 <br><br> Telephone services | | | | 256.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 466.00

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Ryan D. Olecki                              Case No. _____
                    Debtor                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000-1 <br><br> Verizon Wireless <br> Attn: Customer Service <br> P.O. Box 4003 <br> Acworth, GA 30101 <br><br> North Shore Agency, Inc. <br> 270 Spagnoli Road <br> Suite 111 <br> Melville, NY 11747 | | | 01/01/2009 <br> telephone services | | | | 693.22 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 693.22

Total ► $ 1,635.22

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RYAN OLECKI : CASE NO.:05:09-07379

Debtor : CHAPTER 7

*******************************************************************************
CERTIFICATE OF SERVICE
*******************************************************************************

The undersigned hereby certifies that on the 25th day of **January 2010** he caused a true and correct copy of the attached Amended Schedules via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Mark J. Conway, Trustee
502 South Blakely Street
Dunmore, PA 18512

Erie Insurance Group
Collection Unit
100 Erie Insurance Place
Erie, PA 16530-0001

Brennan and Clark, Ltd.
721 E. Madison
Suite 200
Villa Park, IL 60181

MT Emergency Associates
P.O. Box 1369
Scranton, PA 18501

Remit Corp.
36 West Main Street
P.O. Box 7
Bloomsburg, PA 17815

Flexible Financial Corp
P.O. Box 189
Peckville, PA 18452


Radiological Consultants
751 Keystone Industrial Park
Dunmore, PA 18512


Radiological Consultants, Inc.
PO Box 60
Pittsburgh, PA 15230


Rickart Collection Systems,
575 Milltown Rd.,
P.O. Box 7242
North Brunswick, NJ 08902


Sprint/Nextel
Attn: Bankruptcy
P.O. Box 172408
Denver, CO 80217


Pentagroup Financial
5959 Corporate Drive
Ste. 14
Houston, TX 77036


IC Systems, Inc.
444 Highway 96 East
Box 64887
St. Paul, MN 55164


Enhanced Recovery Corp.
P.O. Box 1967
Southgate, MI 48195


Verizon Wireless
Attn: Customer Service
P.O. Box 4003

Acworth, GA 30101

North Shore Agency, Inc.
270 Spagnoli Road
Suite 111
Melville, NY 11747

Dated:_____                    /s/ Tullio DeLuca, Esquire

                                                                                                  Tullio DeLuca, Esquire

                                                                                                  PA ID# 59887

                                                                                                  381 N. 9th Street

                                                                                                  Scranton, PA 18504

                                                                                                  (570) 347-7764

# Brennan & Clark Ltd.

A Limited Liability Company

Telephone: (630) 279-7611  
Out of State: (888) 217-3212

721 E. MADISON  
SUITE 200  
VILLA PARK, IL 60181

Fax: (630) 279-7045  
Web Page: www.brennanclark.com

2/11/2010

Ryan Olecki Remodeling  
Attn: Ryan  
526 Beech St  
Scranton, PA 18505-1847

*[Handwritten notes: 10 letter / After Bankruptcy was filed / Keep sending letters / $104.00 Same policy / $50.00 / $50.00 Commercial policy / 2 balances / Same Account]*

Re: Erie Insurance Co  
$104.00  
Q312620523

Dear Ryan:

Despite repeated attempts to affably dispose of this matter, no concrete progress has been made. In reviewing the file, I observe that this office has taken every measure possible to assist you in making the decision to remit payment.

I also notice that no consequential defenses refuting Erie Insurance Co's claim have been disclosed.

Regretfully, I have no choice but to come to the conclusion that you have decided not to resolve this matter amicably. Nonetheless, I am offering you a final opportunity to put this matter to rest.

Should you now choose to avoid this matter, it will escalate to an adversarial situation which may, among other consequences, subject you to an unpleasant experience. Your payment in full must reach my desk within the next 5 days. Absent that cooperation, we have but one alternative to consider.

I trust you now comprehend the serious nature of this last attempt to amicably resolve this matter.

Reference our File Number on all communications.

Sincerely,

Mike Clark

Mike Clark  
Ext: 6123

File # 09-106983

Please consider this as notice that if payment is made by consumer check, we will convert this check to an electronic debit to your account via ACH. If the check is returned for non-sufficient funds, we will present the check via ACH debit.

"Exhibit B"

PROTECTING CREDITORS' RIGHTS